# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McDade, Joe B. | US District Court, Central District for Illinois | 04/03/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge - Senior Status | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2018 <br> to <br> 12/31/2018 |

**7. Chambers or Office Address**

127 Federal Building
100 NE Monroe Street
Peoria IL 61602

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Ereritus Status Member | American Inn of Court / Abraham Lincoln of Peoria IL |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1992 | Illinois State Retirement System: Judicial Pension upon retirement in 1992 |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDade, Joe B. | 04/03/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDade, Joe B. | 04/03/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Reliastar Life Ins (ING) | Policy Loan | J |
| 2. | Metropolitan Life Ins | Policy Loan | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDade, Joe B. | 04/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Commerce Bank Acct | A | Interest | L | T | | | | | |
| 2. Note Rcvble Lexington Assoc Ltd | B | Interest | J | U | | | | | |
| 3. Met Life (universal life) | A | Dividend | J | T | | | | | |
| 4. Busey Bank (formerly Southside Bank) Acct | A | Interest | L | T | | | | | |
| 5. Broker Acct #1 (H) | | | | | | | | | |
| 6. -Lincoln Natl Choice Plus Assurance L Share Variable Annuity | C | Dividend | L | T | | | | | |
| 7. Broker Acct #3 (H) | | | | | | | | | |
| 8. -Hartford ILS Leaders Outlook Fixed Annuity IRA | B | Dividend | K | T | | | | | |
| 9. Heartland Bank Acct | A | Interest | J | T | | | | | |
| 10. Vanguard IRA Acct (H) | | | | | | | | | |
| 11. -Vanguard GNMA Fund Investor Shares | A | Dividend | J | T | | | | | |
| 12. -Vanguard S-T Investment-Grade | A | Dividend | J | T | | | | | |
| 13. -Vanguard Health Care Fund Adm (conversion from inv shares) | A | Dividend | K | T | Sold (part) | 12/30/18 | J | B | |
| 14. -Vanguard Dividend Growth Fund | A | Dividend | K | T | Sold (part) | 12/30/18 | J | B | |
| 15. -Vanguard International Growth Adm (conversion from inv shares) | A | Dividend | K | T | Sold (part) | 12/30/18 | J | B | |
| 16. -Vanguard Selected Value Fund | A | Dividend | K | T | Sold (part) | 12/30/18 | J | B | |
| 17. -Vanguard Mid Cap Index Fund Adm | A | Dividend | K | T | Sold (part) | 12/30/18 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDade, Joe B. | 04/03/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard / Joe B. McDadeTrust Acct (fka Vanguard/Individual Acct) (H) | | | | | | | | | |
| 19. -Vanguard GNMA Fund Investor Shares | A | Dividend | J | T | | | | | |
| 20. Vanguard S-T Investment -Grade Inv | A | Dividend | J | T | | | | | |
| 21. -Vanguard Health Care Fund Adm Shares | D | Dividend | M | T | | | | | |
| 22. -Vanguard Dividend Growth Fund | B | Dividend | K | T | | | | | |
| 23. -Vanguard International Growth Fund Inv | A | Dividend | J | T | | | | | |
| 24. -Vanguard Selected Value Fund | D | Dividend | M | T | | | | | |
| 25. -Vanguard MidCap Index Fund Adm | B | Dividend | M | T | | | | | |
| 26. -Vanguard International Growth Fund Adm | A | Dividend | L | T | | | | | |
| 27. -Vanguard Fed Money Mkt Fund (fka Vanguard Total Bnd Mkt Indx) | A | Dividend | J | T | | | | | |
| 28. Vanguard Rollover IRA Brokerage Acct (fka Vanguard Rollover) (H) | | | | | | | | | |
| 29. -Life Strategy Mod Growth | B | Dividend | K | T | | | | | |
| 30. Vanguard Indiv Brokerage Acct (fka Vanguard Indiv Acct (H) | | | | | | | | | |
| 31. Vanguard Brokerage Acct (JBM) (H) | | | | | | | | | |
| 32. -Abbott Laboratories | A | Dividend | K | T | | | | | |
| 33. -Vanguard Federal Money Mkt Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDade, Joe B. | 04/03/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Item 2: Note Receivable -- Lexington Assoc. Ltd., a Colorado Ltd. partnership c/o Cheyenne Mount Investments, re: installment sale of Lexington Hills Apartments, owned by Investors Land Tr #50, of which I own 1.9048% beneficial interest -- Jefferson Trust & Savings Bank, Trustee, Under Trust Agreement.

Items 13-17: These represent partial sale of assets to satisfy annual RMD.

Item 26: This asset was transferred to Joe B. McDae Trust Acct (#18) on 3/3/2017, and was erroneausly listed as item 33 on 2017 report.

Item 27: This should have been listed on the 2017 report as an asset of Joe B. McDade Trust Acct (#18) as a result of transferring entire indivudual account to trust account, and was erroneously listed as item 32 on the 2017 report.

Items 28, 30 and 31 are one and the same individual brokerage account that was created when I had Vanguard purchase assets other than Vanguard investmens such as Abbott Laboratories stock. It has been the sole asset held in the brokerage account since 3/3/17 when the individual account assets were transferred to the McDade Trust Acct. Items 28 and 30 should have been deleted from the 2017 report, leaving only item 31.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joe B. McDade**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544